1  RIYAZ, ALI
   J-09891 D-111-L
2  California Medical Facility
   P.O. Box 2500
3  Vacaville, California
   95696-2500
4
   In Propria Persona
5



6          UNITED STATES DISTRICT COURT

7          NORTHERN DISTRICT OF CALIFORNIA

8

9  RIYAZ, ALI                    CASE NO:
10     Petitioner          CV 08        0864
11     VS                  MOTION IN REQUEST FOR COURT ORDER
12 MIKE KNOWLES, WARDEN( A )   TO STOP ILLEGAL TRANSFERS UNDER
13     Respondents         AUTHORITY OF BUREAU OF PRISONS
14                         PROGRAM STATEMENTS 5100.1, AND FRAP
15                         23 (a) FURTHER TO RENDER ORDER TO
16                         STOP TRANSFER IN LESS THAN 30 DAYS.
17

18 COMES NOW RIYAZ ALI; PETITIONER, BEFORE THIS HONORABLE COURT IN
19 Pro Se; IN REQUEST FOR AN ORDER FROM THE COURT TO STOP WARDEN
20 KNOWLES OF CA. MEDICAL FACILITY, VACAVILLE CA. FROM ILLEGALLY
21 AND IN VIOLATION OF FEDERAL LAW, TRANSFERRING ME WHILE HABEAS
22 ISSUES REMAIN UNRESOLVED, OF WHICH IS THE CASE NOW PENDING IN
23 THIS COURT.
24

25 DATE: 24 JAN. 2008             RESPECTFULLY SUBMITTED,
26                                *Riyaz Ali*
27                                RIYAZ ALI
28                                In Pro Se and In Forma Pauperis

1    UNDER THE LEGAL AUTHORITY OF BUREAU OF PRISONS PROGRAM
2 STATEMENTS 5100.1 AND FEDERAL RULE OF APPELLATE PROCEDURE 23,
3 SUBDIVISION (a). WHICH IN SUM CLEARLY STATES - IT IS PROHIBITED
4 TO TRANSFER AN INMATE FROM THE INSTITUTION, UPON HIS NOTIFICATION
5 TO PRISON STAFF THAT HE HAS "FILED" HABEAS ISSUES THAT ARE
6 UNRESOLVED. THAT IS THE SITUATION CURRENTLY, AND NOW BEFORE THIS
7 COURT ON APPEAL.
8    THIS PETITIONER PRAYS THE COURTS STOP ORDER WITHIN 30 DAYS TO
9 PREVENT WILLFUL VIOLATION OF FEDERAL LAW AND ASSURED PREJUDICIAL
10 DELAY OF ONGOING LITIGATION INTO THIS COURT AS THE TRANSFER
11 SCREENING COMMITTEE BLATANTLY TOLD ME THEY ARE RECOMMENDING MY
12 TRANSFER; IN SPITE OF MY NOTICE TO THEM AND SHOWING THEM THE
13 LETTERS OF STAFF\ WARDEN NOTIFICATION OF MY INVOKING THE
14 PROVISIONS OF B.O.P. PROGRAM STATEMENTS 5100.1 AND FEDERAL RULE
15 OF APPELLATE PROCEDURE 23, SUBDIVISION (a).
16    THE PROBABLE TRANSFER WILL TAKE PLACE, AS THE COMMITTEE
17 INFORMED ME ON FEB.6th 2008 WITHIN TWO WEEKS. FAILING THE COURTS
18 INTERVENTION IN THE SERVICE OF FORCING\ ORDERING CA.DEPT.OF CORR.
19 AND REHAB, TO OBEY FEDERAL LAW, OF WHICH WE ARE ALL BOUND BY.

# VERIFICATION

I RIYAZ ALI, THE MOTION MATTER IN PRAYER TO THE COURT FOR A STOP TRANSFER ORDER TO CA. MED. FACILITY AT VACAVILLE, CA. DO ATTEST TO AND AFFIRM THE TRUTHFULNESS OF THIS MOTION UNDER PENALTY OF PERJURY.

EXECUTED THIS 29th DAY OF Jan 2008 AT VACAVILLE, CA. COUNTY OF SOLANO.

*Riyaz Ali*
RIYAZ, ALI