```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611016070
Cashier ID: bucklem
Transaction Date: 02/21/2008
Payer Name: kusha s ali
-----------------------------------
WRIT OF HABEAS CORPUS
 For: kusha s ali
 Amount:         $5.00
-----------------------------------
CHECK
 Check/Money Order Num: 3168
 Amt Tendered:   $5.00
-----------------------------------
Total Due:       $5.00
Total Tendered:  $5.00
Change Amt:      $0.00

c08-864pjh


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```