UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RIYAH ALI,

    Petitioner,

vs.

MIKE KNOWLES, Warden,

    Respondent.

No. C 08-0864 PJH (PR)

**ORDER OF DISMISSAL**

    This is a habeas case brought pro se by a state prisoner. Petitioner has, however, had a previous case attacking the same judgment. *See* Ali v. Alameida, C 02-3889 PJH. It was dismissed as barred by the statute of limitations. *Id.*, order, Aug. 11, 2003. This thus is a second or successive petition. *See Murray v. Greiner*, 394 F.3d 78, 81 (2d Cir. 2005) (petition filed after previous petition was dismissed as untimely is second or successive).

    A habeas petitioner may not file a second or successive petition unless he or she first obtains from the appropriate United States Court of Appeals an order authorizing the filing. *See* 28 U.S.C. § 2244(b)(3)(A). Petitioner has not obtained such an order from the Ninth Circuit. The petition is accordingly **DISMISSED** without prejudice to filing a new petition if petitioner obtains the necessary order.

    The clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: March 5, 2008.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.08\ALI0864.DSM.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RIYAH ALI,

        Petitioner,

v.

MIKE KNOWLES,

        Respondent.

Case Number: CV08-00864 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Riyaz Ali J-09891
California Medical Facility
D-111-L
P.O. Box 2500
Vacaville, CA 95696-2500

Dated: March 5, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk