**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

RIYAH ALI,

    Petitioner,                   No. C 08-0864 PJH (PR)

  vs.                                        **JUDGMENT**

MIKE KNOWLES, Warden,

    Respondent.
_____/

    Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against petitioner and in favor of respondents. Petitioner shall obtain no relief by way of his petition.

    **IT IS SO ORDERED.**

Dated: March 5, 2008.

                                       PHYLLIS J. HAMILTON
                                       United States District Judge

G:\PRO-SE\PJH\HC.08\ALI0864.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RIYAH ALI,

        Petitioner,

v.

MIKE KNOWLES,

        Respondent.

Case Number: CV08-00864 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Riyaz Ali J-09891
California Medical Facility
D-111-L
P.O. Box 2500
Vacaville, CA 95696-2500

Dated: March 5, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk