**FILED**

**JUL 16 2008**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RIYAZ ALI,<br><br>   Petitioner,<br><br>v.<br><br>MIKE KNOWLES,<br><br>   Respondent. | No. 08-71906<br><br>ORDER |

Before: SCHROEDER, LEAVY and IKUTA, Circuit Judges.

The application for authorization to file a second or successive 28 U.S.C. § 2254 habeas corpus petition in the district court is denied. The claims raised by petitioner in his application are identical to those considered and rejected by the district court in petitioner's prior 28 U.S.C. § 2241 application. Petitioner has not made a prima facie showing under 28 U.S.C. § 2244(b)(2) that:

 (A) the claim relies on a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable; or

 (B)(i) the factual predicate for the claim could not have been discovered previously through the exercise of due diligence; and (ii) the facts underlying the claim, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence

rb/MOATT

that, but for constitutional error, no reasonable fact finder would have found the applicant guilty of the underlying offense.

No petition for rehearing or motion for reconsideration shall be filed or entertained in this case. *See* 28 U.S.C. § 2244(b)(3)(E).